# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL ANGELIS | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 23-460 |
| | : |
| PHILADELPHIA HOUSING AUTHORITY. | : |
| | : |

## ORDER

**SURRICK, J.**                                                                 **DECEMBER 10, 2024**

**AND NOW**, this 10th day of December, 2024, upon consideration of Defendant Philadelphia Housing Authority's Motion to Dismiss Plaintiff Daniel Angelis's Second Amended Complaint (ECF No. 18, "Motion to Dismiss"), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED THAT**:

1. Defendant's Motion to Dismiss is **GRANTED** as to Plaintiff's retaliation claims premised on disability or requests for accommodation under the ADA, PHRA, and the PFPO (Counts IV, VII, and X), which are dismissed **WITH PREJUDICE**.

2. Defendant's Motion to Dismiss is **DENIED** as to all other claims.

**IT IS SO ORDERED.**

                                                                **BY THE COURT:**

                                                                */s/ R. Barclay Surrick*
                                                                **R. BARCLAY SURRICK, J.**